UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES COPELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV839 JCH |
| | ) | |
| HUSSMANN CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This Matter is before the Court on Defendant Hussmann Corporation's Motion to Approve Attorneys Fees Pursuant to Court's Order (Doc. No. 22), filed November 9, 2006. In its motion, Defendant Hussmann Corporation requests the Court to award attorneys' fees in the amount of $4,356.25. The Plaintiff has not objected to this amount.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Hussmann Corporation's Motion to Approve Attorneys Fees Pursuant to Court's Order is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff James Copeland shall pay attorneys' fees in the amount of $4356.25 and that the award shall be made payable Jeffrey D. Hackney, Defendant's Attorney.

Dated this 17th day of November, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE